UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWNA BARNES,

      Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

Case No. 11-5370 RBL-KLS

REPORT AND RECOMMENDATION

  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #14). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

  This Court recommends that on remand the administrative law judge (ALJ) shall reconsider and explain the weight given to the opinion of Norma Brown, Ph.D., reassess Plaintiff's residual functional capacity, and obtain additional vocational expert testimony, as necessary. The ALJ and Plaintiff may raise and pursue additional issues, including any discussed in Plaintiff's brief. Plaintiff shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

REPORT AND RECOMMENDATION - 1

| | |
|---|---|
| 1 | Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation. |
| 2 | |
| 3 | |
| 4 | DATED this 7th day of November, 2011. |

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2