UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWNA BARNES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. 11-5370 RBL-KLS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #15] recommending that this case be remanded, based on the stipulation of the parties [ECF #14]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 8th day of November, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1